WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Derrick Damarian Lowe, | No. CV-18-03151-PHX-SHR |
| Petitioner, | **Order Adopting Report & Recommendation and Dismissing Petition** |
| v. | |
| Carla Hacker-Agnew, et al., | |
| Respondents. | |

On April 9, 2021, Magistrate Judge Jacqueline M. Rateau issued a Report and Recommendation ("R&R") in which she recommended the Court dismiss Petitioner Derrick Lowe's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 ("Petition"). (Doc. 15)  The R&R notified the parties they had fourteen (14) days from the date of the R&R to file any objections.  No objections have been filed.

If neither party objects to a magistrate judge's report and recommendation, the District Court is not required to review the magistrate judge's decision under any specified standard of review. *Thomas v. Arn*, 474 U.S. 140, 150 (1985).  However, the statute for review of a magistrate judge's recommendation "does not preclude further review by the district judge, sua sponte or at the request of a party, under a de novo or any other standard." *Id.*, at 154.

The Court has reviewed the Petition (Doc. 1), the Respondent's Answer (Doc. 9), Petitioner's Reply (Doc. 13), and Judge Rateau's R&R (Doc. 15).  The Court finds the

R&R well-reasoned and agrees with Judge Rateau's conclusions.

**IT IS ORDERED** the R&R (Doc. 15) is **ADOPTED** and Plaintiff's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 (Doc. 1) is **DENIED** and **DISMISSED**.

**IT IS FURTHER ORDERED** the Clerk of Court shall docket accordingly and close the case file in this matter.

Dated this 9th day of June, 2021.

Honorable Scott H. Rash
United States District Judge